220), and cannot receive the testamentary disposition in her favor.

We are of opinion that the Art. 914 of the Civil Code, although found in irregular successions, applies to her, to wit : " Bastards, adulterous or incestuous children, shall not enjoy the right of inheriting the estates of their natural father or mother, in any of the cases above-mentioned, *the law allowing them nothing more than a mere alimony.*"

If she be prohibited from receiving as an heir, under said article, how can she take as a legatee ? Would the law permit her to receive as a logatee what it refuses to her as an heir ? Do not the same reasons and motives apply in one case as in the other ? Ubi eadem est ratio, eadem est lex.

We are of opinion that she cannot receive the legacy made in her favor by the will in question, and that her legal incapacity also excludes her child or children, who are considered in law as interposed persons. C. C. Art. 1478.

It is therefore ordered and decreed, that the judgment of the District Court be affirmed, with costs.

--------

THE SAME *v.* THE SAME.—ON MOTION FOR REHEARING.

The law reprobates the begetting of illegitimate children, and only grants to natural children, i. e., those illegitimate children who have been acknowledged by their natural parents, the right to receive from their natural parents by donations mortis causa, beyond what is necessary to procure them sustenance, or an occupation or profession.

HYMAN, C. J. A rehearing has been applied for in this case.

The law reprobates the begetting of illegitimate children, and only grants to natural children. i. e., those illegitimate children who have been acknowledged by their 'natural parents, the right to receive from their natural parents by donations mortis causa, beyond what is necessary to procure them sustenance, or an occupation or profession.

This right so to receive is to a limited extent, and on a certain contingency.

Such right is not given to bastards, i. e., those illegitimate children who have not been acknowledged by their natural parents. C. C. 1470, 1473.

A rehearing is refused.